IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
07/28/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

HUGO PINNON PEREZ,

Petitioner,

v.

MISTY MACKEY, Warden,
Midwest Regional Reception Center;
MARKWAYNE MULLIN, Secretary, DHS; and
DAVID VENTURELLA, Acting Director, ICE,[1]

Respondents.

Case No. 26-3152-JWL

**ORDER OF DISMISSAL**

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged his detention by immigration officials. Respondents filed an answer to the petition; and they subsequently gave notice that petitioner had been released on an order of supervision, which release they argue makes this case moot. Petitioner did not file a traverse by the court-ordered deadline; nor has petitioner disputed that the case is now moot. The Court agrees that the petition, by which petitioner sought his release from custody, is now moot.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

[1] The two federal officials have been added as respondents pursuant to D. Kan. Standing Order 26-04.

IT IS SO ORDERED.

Dated this 28th day of July, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge